UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-4932-MWF(SKx)** | Date: November 06, 2024 |
| Title | **Salman Mohammadi, et al. v. Alejandro Mayorkas, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 11, 2024. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on September 9, 2024.

On August 16, 2024, Plaintiffs filed three Proofs of Service, reflecting service as follows:

- On Attorney General Merrick B. Garland on June 13, 2024, by certified mail, with delivery on June 24, 2024. (Docket No. 18).
- On Alejandro Mayorkas on June 13, 2024, by certified mail, with delivery on June 20, 2024. (Docket No. 19).
- On the United States Attorney, Civil Process Clerk. The Proof of Service is signed and dated August 16, 2024; a Federal Express shipping label is dated August 7, 2024; and a delivery receipt is dated August 8, 2024. (Docket No. 20).

It appears to the Court that service of process has not been properly completed. Federal Rule of Civil Procedure 4(i) does not include service on the United States and its agencies by Federal Express. The Court also notes that no appearance has been entered on behalf of the government, and no response to the Complaint has been filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-4932-MWF(SKx)**                               Date: November 06, 2024

Title       *Salman Mohammadi, et al. v. Alejandro Mayorkas, et al.*

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 6, 2024**.

- Proofs of Service of the Summons and Complaint that fully comply with the requirements of Fed. R. Civ. P. 4(i), including certified mail receipts.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **December 6, 2024**, will result in the dismissal of this action.

IT IS SO ORDERED.